UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH MORRIS; ALAN C. BAKER,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, *et al*.<br><br>    Defendants-Appellants | No. 14-36049<br><br>**APPELLEES' UNOPPOSED MOTION TO AMEND THE CAPTION TO REFLECT A NAME CHANGE** |

COME NOW, Appellees, by and through their undersigned counsel, and hereby move to amend the caption in this appeal to reflect a name change. The grounds for this Motion are as follows:

1.    On December 10, 2014, Appellants initiated the above-captioned appeal.

2.    Subsequently, first-named Appellee, Elizabeth Morris, advised the undersigned that she became married.

3.    Based upon this event, Ms. Morris's name was legally changed to "Elizabeth E. Nesbitt."

4. In light of this name change and in the interest of accuracy, Appellees submit the caption of this appeal should be amended to reflect that the legal name of the first-named Appellee is "Elizabeth E. Nesbitt."

5. Counsel for Appellants, Abby Christine Wright, was consulted regarding this Motion. Ms. Wright advised that Appellants have no objection to the granting of this Motion.

WHEREFORE, Appellees respectfully request that the caption of this appeal be amended to reflect that the legal name of the first-named Appellee is "Elizabeth E. Nesbitt."

DATED this 13th day of January 2015.

Respectfully submitted,

s/ Steven J. Lechner
Steven J. Lechner
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
Phone: (303) 292-2021
Fax: (303) 292-1980
lechner@mountainstateslegal.com

Attorney for Plaintiffs-Appellees

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of January 2015, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system.

I further certify that all counsel of record in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                          s/ Steven J. Lechner
                          Steven J. Lechner
                          MOUNTAIN STATES LEGAL FOUNDATION
                          2596 South Lewis Way
                          Lakewood, Colorado 80227
                          Phone: 303-292-2021
                          Fax: 303-292-1980
                          lechner@mountainstateslegal.com

                          Attorney for Plaintiffs-Appellees