

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH E. NESBITT, fka ELIZABETH MORRIS and ALAN C. BAKER,<br><br>               Plaintiffs - Appellees,<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS; et al.,<br><br>               Defendants - Appellants. | No. 14-36049<br><br>D.C. No. 3:13-cv-00336-BLW<br>District of Idaho,<br>Moscow<br><br><br>ORDER |

Appellees' unopposed motion to amend the caption is granted. The clerk

shall amend court records to reflect appellee as Elizabeth E. Nesbitt, fka Elizabeth

Morris.

The opening brief remains due March 20, 2015.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
>
> Alihandra M. Totor
> Deputy Clerk
> Ninth Circuit Rules 27-7 and 27-10

Amt\/Pro Mo 13Jan2015