UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ELIZABETH E. NESBITT, FKA Elizabeth Morris and ALAN C. BAKER,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>U.S. ARMY CORPS OF ENGINEERS; et al.,<br><br>        Defendants - Appellants. | No. 14-36049<br><br>D.C. No. 3:13-cv-00336-BLW<br>District of Idaho,<br>Moscow<br><br><br>ORDER |

    This appeal is not selected for inclusion in the Mediation Program. All further inquiries regarding this appeal, including requests for extensions of time, should be directed to the Clerk's office.

                      FOR THE COURT

                      By: Claudia L. Bernard
                      Chief Circuit Mediator

CLB/Mediation