UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 01 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ELIZABETH E. NESBITT, FKA Elizabeth Morris and ALAN C. BAKER,<br><br>　　　　Plaintiffs - Appellees,<br><br>　v.<br><br>U.S. ARMY CORPS OF ENGINEERS; et al.,<br><br>　　　　Defendants - Appellants. | No. 14-36049<br><br>D.C. No. 3:13-cv-00336-BLW<br>U.S. District Court for Idaho, Moscow<br><br>**ORDER** |

　　　　Appellees' unopposed motion for an extension of time to file the answering brief and supplemental excerpts of record is granted. The appellees' answering brief and supplemental excerpts of record are due July 8, 2015; and the optional reply brief is due within 14 days after service of the answering brief.

　　　　　　　　　　　　　　　　　FOR THE COURT:
　　　　　　　　　　　　　　　　　Molly C. Dwyer
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　Alihandra Totor
　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　Ninth Circuit Rules 27-7 and 27-10