No. 14-36049

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

ELIZABETH E. NESBITT; ALAN C. BAKER,

Plaintiffs-Appellees,

v.

U.S. ARMY CORPS OF ENGINEERS; JOHN McHUGH, Secretary of the Army; THOMAS BOSTICK, Lieutenant General, Commanding General and Chief of Engineers; JOHN S. KEM, Colonel, Northwestern Division Commander; ANDREW D. KELLY, Lieutenant Colonel, Walla Walla District Commander and District Engineer,

Defendants-Appellants.

On Appeal from the U.S. District Court for the District of Idaho,
Civil Action No. 3:13-cv-00336-BLW
The Honorable B. Lynn Winmill, U.S. District Court Judge

**PLAINTIFFS-APPELLEES' UNOPPOSED
REQUEST FOR JUDICIAL NOTICE**

COME NOW, Plaintiffs-Appellees, Elizabeth E. Nesbitt (née Morris) and Alan C. Baker, by and through their undersigned attorney, and respectfully request that this Honorable Court take judicial notice of two sets of facts. Defendants-Appellants do not oppose this request.

The first set of facts is found on webpages maintained by Defendant-Appellant, U.S. Army Corps of Engineers, entitled, "Walla Walla District, Dworshak Dam and Reservoir." These pages provide a general overview of the Dworshak Dam and Reservoir in Idaho, which is managed by the U.S. Army Corps of Engineers. These pages may be accessed through the Corps' website at: http://www.nww.usace.army.mil/Locations/DistrictLocksandDams/DworshakDamandReservoir.aspx and by clicking the "Project Fact Sheet" hyperlink (last visited July 9, 2015). These pages are attached hereto as Exhibit 1. The specific facts that are requested to be judicially noticed are:

> The project contains about 50,800 acres. At normal full pool, the surface area of Dworshak Reservoir is about 20,000 acres. There are about 30,000 acres of project lands surrounding the reservoir used for public recreation purposes, wildlife habitat, wildlife mitigation and log-handling facilities. These include federally owned lands managed by the Corps, as well as easement lands managed by the U.S. Forest Service to which the Corps has flowage easement rights. Recreation opportunities include boating, water-skiing, fishing, developed and primitive camping, picnicking, hiking and hunting. Boat launching is available at six locations. Visitation to Dworshak during fiscal year 2009 was 146,483.

("Dworshak Facts") Exhibit 1 at 2. These Dworshak Facts are referenced in Plaintiffs-Appellees' Answer Brief to give this Court a sense of the Corps-managed lands at issue in this case. Answer Br. at 19–20, 24, 54.

The second set of facts is found on a webpage maintained by the U.S. Census Bureau entitled "Population Estimates, State Totals: Vintage 2014."

The specific information is found in a spreadsheet entitled "Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2014." This spreadsheet provides Census Bureau population data for the 50 States from April 1, 2010 to July 1, 2014. This spreadsheet may be accessed through the Census Bureau's website at: http://www.census.gov/popest/data/state/totals/2014/index.html and by clicking on the "XLS" hyperlink next to "Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2014" (last visited July 9, 2015). These spreadsheet pages are attached hereto as Exhibit 2. The specific facts that are requested to be judicially noticed are "Idaho is the 13th least-populated State, with a population of only 1.6 million people" ("Idaho Facts"). Exhibit 2. These Idaho Facts are referenced in Plaintiffs-Appellees' Answer Brief to give this Court insight into the population of the State of Idaho. Answer Br. at 42.

Under Rule 201 of the Federal Rules of Evidence, this Court "may judicially notice a fact that is not subject to reasonable dispute" because it:

(1) is generally known within the trial court's territorial jurisdiction; or

(2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned.

Fed. R. Evid. 201(b); *see also id*. 201(c) ("The court may take judicial notice at any stage of the proceeding."). Both the Dworshak Facts and the Idaho Facts satisfy Fed. R. Evid. 201(b)(2) because they cannot "be subject to reasonable dispute" in that they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned."

The Dworshak Facts are published by the Corps on its website. One would presume that information published by the Corps relating to projects that it manages is accurate. Therefore, the Dworshak Facts may be judicially noticed. *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998–99 (9th Cir. 2010) (taking judicial notice of information made publicly available on websites maintained by government entities); *Multi Time Mach., Inc. v. Amazon.com, Inc.*, No. 13-55575, 2015 WL 4068877, at *1 n.1 (9th Cir. July 6, 2015) (taking judicial notice of information on the defendant's website).

The Idaho Facts are published by the U.S. Census Bureau on its website. This Court and others have judicially noticed Census Bureau facts. *E.g.*, *United States v. Esquivel*, 88 F.3d 722, 726–27 (9th Cir. 1996) ("[T]he census documents meet the requirements of Rule 201(b), Fed. R. Evid., in that they are 'not subject to reasonable dispute' because they are 'capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.'"); *Skolnick v. Bd. of Comm'rs of Cook Cnty.*, 435 F.2d 361, 363 (7th Cir. 1970) ("We therefore

4

take judicial notice that the most recent and accurate federal census figures available indicate that 61.23% [o]f the population of Cook County resides within the City of Chicago."). In addition, nothing about the Idaho Facts suggests that the Census Bureau's accuracy in compiling these facts should be questioned. Therefore, the Idaho Facts may be judicially noticed.

WHEREFORE Plaintiffs-Appellees respectfully request that this Honorable Court judicially notice both the Dworshak Facts and the Idaho Facts.

DATED this 10th day of July 2015.

Respectfully submitted,

/s/ Steven J. Lechner
Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado  80227
(303) 292-2021
lechner@mountainstateslegal.com

Attorney for Plaintiffs-Appellees

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on this 10th day of July 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated this 10th day of July 2015.

/s/ Steven J. Lechner
Steven J. Lechner
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
lechner@mountainstateslegal.com

Attorney for Plaintiffs-Appellees

# Exhibit 1



# Walla Walla District

## US Army Corps of Engineers

Search Walla Walla District

ABOUT   BUSINESS WITH US   MISSIONS   LOCATIONS   CAREERS   MEDIA   LIBRARY   CONTACT

HOME > LOCATIONS > DISTRICT LOCKS AND DAMS > DWORSHAK DAM AND RESERVOIR



## Dworshak Dam and Reservoir

### Contact Us

Dworshak Dam and Reservoir
North Fork Drive
PO Box 48
Ahsahka, ID 83520-0048
Phone: 208-476-1261

### Dworshak Recreation



### Dworshak Dam

This congressionally authorized project includes Dworshak Dam, Dworshak Reservoir lands, powerhouse, recreation facilities, wildlife mitigation and Dworshak National Fish Hatchery. Since 1972, $2,836,000 in potential flood damages have been prevented by the project. The project has a straight concrete gravity dam with a structural height of 717 feet and a crest length of 3,287 feet at elevation 1,613 Mean Sea Level (MSL). The dam is located on the North Fork Clearwater River at River Mile 1.9. The dam is the highest straight-axis concrete dam in the Western Hemisphere. Only two other dams in the United States exceed it in height.

### Dworshak Lake Maps

Lake Maps

### Links

Dworshak Reservoir Operations

Water Management Data ...

## Project Information

### Dworshak Public Use Plan

Public Use Plan

Land Use Maps

Collapse All Expand All
⊞ Dworshak National Fish Hatchery
⊟ Project Fact Sheet

**Authorization**
The project was authorized by the Flood Control Act of 1962.

Progress
Construction of the dam began in 1966, and the project became operational for flood damage reduction in June 1972. Power came online in March 1973. Three power generating units are in service. The development of recreational facilities along the reservoir are complete, and all facilities are operational. A multi-level power intake structure on the upstream face of the dam, which duplicates natural river water temperatures downstream to promote the continuance of existing fish runs, is operational.
Log-handling facilities were completed in May 1979. The facilities were used by the timber industry through the mid-1980s when development of back-country roads provided more cost-effective transportation routes. Mitigation land acquisition and the development of a wildlife browse area is complete.

### Dworshak Dam

This congressionally authorized project includes Dworshak Dam, Dworshak Reservoir lands, powerhouse, recreation facilities, wildlife mitigation and Dworshak National Fish Hatchery. Since 1972, $2,836,000 in potential flood damages have been prevented by the project. The project has a straight concrete gravity dam with a structural height of 717 feet and a crest length of 3,287 feet at elevation 1,613 Mean Sea Level (MSL). The dam is located on the North Fork Clearwater River at River Mile 1.9. The dam is the highest straight-axis concrete dam in the Western Hemisphere. Only

two other dams in the United States exceed it in height.

### Reservoir
Dworshak Reservoir has a gross storage capacity of 3,468,000 acre-feet, of which about 2 million acre-feet is used for local and regional flood control; and for at-site and downstream power generation. At elevation 1,600 MSL, the reservoir is about 54 miles long, has a surface area of about 20,000 acres and extends into the Bitterroot Mountains. The reservoir provides substantial recreational and wildlife benefits.

### Generators
The powerhouse has two 90,000-kilowatt units and one 220,000-kilowatt unit – 400 megawatt total powerhouse capacity. During fiscal year 2011, 2.34 billion kilowatt hours of electricity were produced.

### Fisheries & Wildlife Mitigation
The filling of the reservoir resulted in the loss of about 15,000 acres of terrestrial habitat. The greatest loss of wildlife habitat was the winter range for Rocky Mountain elk and white-tailed deer. To offset this loss, mitigation lands have been developed and are managed for winter range. About 7,000 acres were purchased are managed specifically for elk mitigation.

The construction of Dworshak Dam resulted in blocking anadromous steelhead trout and converting a river habitat to a reservoir. Mitigation for fish losses led to completion of the Dworshak National Fish Hatchery, constructed and maintained by the Corps and operated by the U.S. Fish and Wildlife Service. The Dworshak hatchery is the largest steelhead hatchery in the world. After Dworshak Reservoir was filled, kokanee salmon and smallmouth bass were stocked and became self-sustaining in the reservoir. The abundance of kokanee salmon in the reservoir has made it a favored sport species in the reservoir.

### Lands
The project contains about 50,800 acres. At normal full pool, the surface area of Dworshak Reservoir is about 20,000 acres. There are about 30,000 acres of project lands surrounding the reservoir used for public recreation purposes, wildlife habitat, wildlife mitigation and log-handling facilities. These include federally owned lands managed by the Corps, as well as easement lands managed by the U.S. Forest Service to which the Corps has flowage easement rights. Recreation opportunities include boating, water-skiing, fishing, developed and primitive camping, picnicking, hiking and hunting. Boat launching is available at six locations. Visitation to Dworshak during fiscal year 2009 was 146,483.

### People
About 45 Walla Walla District employees work at the Dworshak Project. They serve as electricians, mechanics, welders, a forester, utility workers, heavy equipment operators, park rangers, biologists, environmental resource specialists, administrative staff, engineers and maintenance workers. Together, they ensure the safe and continuous operation of the project.

### Budget
During fiscal year 2011, total expenditures were $11,241,215 for the Dworshak Project.

### References
Annual Report of the Chief of Engineers on Civil Works Activities, Fiscal Year 2011, Department of the Army Corps of Engineers, Extract Report of the Walla Walla District.

⊞ Project Pertinent Data

## Water Data

Dworshak water temp data feed








Accessibility    Link Disclaimer    Site Map
Contact Us       No Fear Act        USA.gov
FOIA             Privacy & Security
Information Quality Act    Public Inquiries

# **Exhibit 2**

Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2014

| Geographic Area | April 1, 2010 | | Population Estimate (as of July 1) | | | | |
|---|---|---|---|---|---|---|---|
| | Census | Estimates Base | 2010 | 2011 | 2012 | 2013 | 2014 |
| **United States** | 308,745,538 | 308,758,105 | 309,347,057 | 311,721,632 | 314,112,078 | 316,497,531 | 318,857,056 |
| **Northeast** | 55,317,240 | 55,318,348 | 55,381,690 | 55,635,670 | 55,832,038 | 56,028,220 | 56,152,333 |
| **Midwest** | 66,927,001 | 66,929,898 | 66,972,390 | 67,149,657 | 67,331,458 | 67,567,871 | 67,745,108 |
| **South** | 114,555,744 | 114,562,951 | 114,871,231 | 116,089,908 | 117,346,322 | 118,522,802 | 119,771,934 |
| **West** | 71,945,553 | 71,946,908 | 72,121,746 | 72,846,397 | 73,602,260 | 74,378,638 | 75,187,681 |
| Alabama | 4,779,736 | 4,780,127 | 4,785,822 | 4,801,695 | 4,817,484 | 4,833,996 | 4,849,377 |
| Alaska | 710,231 | 710,249 | 713,856 | 722,572 | 731,081 | 737,259 | 736,732 |
| Arizona | 6,392,017 | 6,392,310 | 6,411,999 | 6,472,867 | 6,556,236 | 6,634,997 | 6,731,484 |
| Arkansas | 2,915,918 | 2,915,958 | 2,922,297 | 2,938,430 | 2,949,300 | 2,958,765 | 2,966,369 |
| California | 37,253,956 | 37,254,503 | 37,336,011 | 37,701,901 | 38,062,780 | 38,431,393 | 38,802,500 |
| Colorado | 5,029,196 | 5,029,324 | 5,048,575 | 5,119,661 | 5,191,709 | 5,272,086 | 5,355,866 |
| Connecticut | 3,574,097 | 3,574,096 | 3,579,345 | 3,590,537 | 3,594,362 | 3,599,341 | 3,596,677 |
| Delaware | 897,934 | 897,936 | 899,731 | 907,829 | 916,881 | 925,240 | 935,614 |
| District of Columbia | 601,723 | 601,767 | 605,210 | 620,427 | 635,040 | 649,111 | 658,893 |
| Florida | 18,801,310 | 18,804,623 | 18,852,220 | 19,107,900 | 19,355,257 | 19,600,311 | 19,893,297 |
| Georgia | 9,687,653 | 9,688,681 | 9,714,464 | 9,813,201 | 9,919,000 | 9,994,759 | 10,097,343 |
| Hawaii | 1,360,301 | 1,360,301 | 1,363,950 | 1,378,251 | 1,392,766 | 1,408,987 | 1,419,561 |
| Idaho | 1,567,582 | 1,567,652 | 1,570,639 | 1,583,780 | 1,595,590 | 1,612,843 | 1,634,464 |
| Illinois | 12,830,632 | 12,831,587 | 12,840,097 | 12,858,725 | 12,873,763 | 12,890,552 | 12,880,580 |
| Indiana | 6,483,802 | 6,484,192 | 6,490,308 | 6,516,560 | 6,537,632 | 6,570,713 | 6,596,855 |
| Iowa | 3,046,355 | 3,046,869 | 3,050,295 | 3,064,904 | 3,075,935 | 3,092,341 | 3,107,126 |
| Kansas | 2,853,118 | 2,853,132 | 2,858,949 | 2,869,965 | 2,885,966 | 2,895,801 | 2,904,021 |
| Kentucky | 4,339,367 | 4,339,349 | 4,349,838 | 4,370,038 | 4,383,465 | 4,399,583 | 4,413,457 |
| Louisiana | 4,533,372 | 4,533,479 | 4,545,581 | 4,575,972 | 4,604,744 | 4,629,284 | 4,649,676 |
| Maine | 1,328,361 | 1,328,361 | 1,327,361 | 1,327,930 | 1,328,592 | 1,328,702 | 1,330,089 |
| Maryland | 5,773,552 | 5,773,785 | 5,788,101 | 5,843,833 | 5,891,819 | 5,938,737 | 5,976,407 |
| Massachusetts | 6,547,629 | 6,547,817 | 6,564,073 | 6,612,270 | 6,655,829 | 6,708,874 | 6,745,408 |
| Michigan | 9,883,640 | 9,884,133 | 9,876,498 | 9,875,736 | 9,884,781 | 9,898,193 | 9,909,877 |
| Minnesota | 5,303,925 | 5,303,925 | 5,310,418 | 5,348,036 | 5,380,615 | 5,422,060 | 5,457,173 |
| Mississippi | 2,967,297 | 2,968,103 | 2,970,811 | 2,978,464 | 2,986,137 | 2,992,206 | 2,994,079 |
| Missouri | 5,988,927 | 5,988,923 | 5,996,085 | 6,010,544 | 6,025,281 | 6,044,917 | 6,063,589 |
| Montana | 989,415 | 989,417 | 990,575 | 997,661 | 1,005,163 | 1,014,864 | 1,023,579 |
| Nebraska | 1,826,341 | 1,826,341 | 1,829,865 | 1,842,232 | 1,855,487 | 1,868,969 | 1,881,503 |
| Nevada | 2,700,551 | 2,700,692 | 2,703,493 | 2,718,586 | 2,755,245 | 2,791,494 | 2,839,099 |
| New Hampshire | 1,316,470 | 1,316,466 | 1,316,517 | 1,318,109 | 1,321,297 | 1,322,616 | 1,326,813 |
| New Jersey | 8,791,894 | 8,791,936 | 8,803,580 | 8,842,614 | 8,876,000 | 8,911,502 | 8,938,175 |
| New Mexico | 2,059,179 | 2,059,192 | 2,064,950 | 2,078,407 | 2,084,594 | 2,086,895 | 2,085,572 |
| New York | 19,378,102 | 19,378,112 | 19,400,867 | 19,521,745 | 19,607,140 | 19,695,680 | 19,746,227 |

| Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2014 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Geographic Area | April 1, 2010 | | Population Estimate (as of July 1) | | | | |
| | Census | Estimates Base | 2010 | 2011 | 2012 | 2013 | 2014 |
| North Carolina | 9,535,483 | 9,535,691 | 9,559,488 | 9,651,502 | 9,748,181 | 9,848,917 | 9,943,964 |
| North Dakota | 672,591 | 672,591 | 674,345 | 685,242 | 701,705 | 723,857 | 739,482 |
| Ohio | 11,536,504 | 11,536,725 | 11,540,070 | 11,544,757 | 11,550,901 | 11,572,005 | 11,594,163 |
| Oklahoma | 3,751,351 | 3,751,616 | 3,759,481 | 3,786,527 | 3,817,059 | 3,853,118 | 3,878,051 |
| Oregon | 3,831,074 | 3,831,073 | 3,837,083 | 3,867,644 | 3,898,684 | 3,928,068 | 3,970,239 |
| Pennsylvania | 12,702,379 | 12,702,884 | 12,711,077 | 12,743,995 | 12,770,043 | 12,781,296 | 12,787,209 |
| Rhode Island | 1,052,567 | 1,052,931 | 1,053,078 | 1,052,020 | 1,052,637 | 1,053,354 | 1,055,173 |
| South Carolina | 4,625,364 | 4,625,401 | 4,636,290 | 4,673,054 | 4,722,621 | 4,771,929 | 4,832,482 |
| South Dakota | 814,180 | 814,191 | 816,192 | 824,171 | 834,504 | 845,510 | 853,175 |
| Tennessee | 6,346,105 | 6,346,275 | 6,356,628 | 6,398,389 | 6,455,177 | 6,497,269 | 6,549,352 |
| Texas | 25,145,561 | 25,146,104 | 25,245,717 | 25,657,477 | 26,094,422 | 26,505,637 | 26,956,958 |
| Utah | 2,763,885 | 2,763,885 | 2,774,346 | 2,815,324 | 2,855,194 | 2,902,787 | 2,942,902 |
| Vermont | 625,741 | 625,745 | 625,792 | 626,450 | 626,138 | 626,855 | 626,562 |
| Virginia | 8,001,024 | 8,001,023 | 8,025,376 | 8,110,188 | 8,193,422 | 8,270,345 | 8,326,289 |
| Washington | 6,724,540 | 6,724,543 | 6,741,911 | 6,822,112 | 6,896,325 | 6,973,742 | 7,061,530 |
| West Virginia | 1,852,994 | 1,853,033 | 1,854,176 | 1,854,982 | 1,856,313 | 1,853,595 | 1,850,326 |
| Wisconsin | 5,686,986 | 5,687,289 | 5,689,268 | 5,708,785 | 5,724,888 | 5,742,953 | 5,757,564 |
| Wyoming | 563,626 | 563,767 | 564,358 | 567,631 | 576,893 | 583,223 | 584,153 |
| **Puerto Rico** | 3,725,789 | 3,726,157 | 3,721,527 | 3,686,771 | 3,642,281 | 3,595,839 | 3,548,397 |

Note: The estimates are based on the 2010 Census and reflect changes to the April 1, 2010 population due to the Count Question Resolution program and geographic program revisions. See Geographic Terms and Definitions at http://www.census.gov/popest/about/geo/terms.html for a list of the states that are included in each region. All geographic boundaries for the 2014 population estimates series are defined as of January 1, 2014. For population estimates methodology statements, see http://www.census.gov/popest/methodology/index.html.

**Suggested Citation:**
**Table 1. Annual Estimates of the Resident Population for the United States, Regions, States, and Puerto Rico: April 1, 2010 to July 1, 2014 (NST-EST2014-01)**
**Source: U.S. Census Bureau, Population Division**
**Release Date: December 2014**